IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT BRZOZOWSKI,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2941

_____/

Opinion filed March 17, 2016.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

Nancy A. Daniels, Public Defender, and Barbara J. Busharis, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Charles R. Mccoy, Senior Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED. See White v. Florida Dept. of Children & Families, 981 So. 2d 1233, 1235 (Fla. 1st DCA 2008); Jackson v. State, 802 So. 2d 1213, 1216 (Fla. 2d DCA 2002) (recognizing that immediate release is not the proper remedy for violations of the post-commitment procedures in section 394.918, Florida Statutes).

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.